**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** FREDERICK O. SILVER | **COURT CASE NUMBER** 1:24-cv-03238-SCJ-JCF |
| **DEFENDANT** National Credit System, Inc | **TYPE OF PROCESS** Complaint & Summons |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
National Credit System Inc

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 1775 The exchange SE, Suite 300, Atlanta GA 30339 USA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

FREDERICK O SILVER
2410 Woodlake Parkway, Unit 1117
Converse TX 78109
702-473-0365

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.: N/A

FILED U.S. DISTRICT CLERKS OFFICE Atlanta
FEB - 6 2025
KEVIN P. WEIMER Clerk
By: [signature] Deputy Clerk

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

National Credit Systems
Agent: CT Corporation System
289 S Culver St Lawrenceville, GA 30046

National Credit system Inc
1775 the exchange SE, Suite 300 Atlanta GA 30339 USA

Signature of Attorney or other Originator requesting service on behalf of:
FREDERICK O. SILVER [signature]
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 702-473-0365
DATE: 10-31-2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 19
District to Serve No.: 19
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 2-3-25

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (If not shown above):
Johnathan Green General Council

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 02/06/25
Time: 10:40 am
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $130.00 | $77.00 | | | | | |

**REMARKS:**

PRIOR EDITIONS MAY BE USED
1. CLERK OF THE COURT
FORM USM-285 (Rev. 12/15/80)
(Instructions Rev. 12/08)

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-CV-3238-SCJ-JCF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Credit System Inc
was received by me on *(date)* 02/05/2025.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Johnathan Green, who is designated by law to accept service of process on behalf of *(name of organization)* National Credit System
on *(date)* 02/06/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 77.00 for travel and $ 130.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 02/06/2025

_____
Server's signature

DAE DUSM
Printed name and title

121 Spring St SE Gainesville GA
Server's address

Additional information regarding attempted service, etc: