AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia  ▾

| | | |
|---|---|---|
| Frederick O. Silver | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:24-cv-03238-SCJ-AWH |
| National Credit Systems, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant National Credit Systems, Inc.                                                                    .

Date:    07/16/2025

_____
Katrina M. DeMarte  Esq.
*Attorney's signature*

Katrina DeMarte  GA Bar # 821011
*Printed name and bar number*
39555 Orchard Hill Pl.
Ste 600 / PMB 6338
Novi, MI 48375

_____
*Address*

katrina@demartelaw.com
*E-mail address*

(313) 509-7047
*Telephone number*

_____
*FAX number*