# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FREDERICK O. SILVER, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION FILE |
| v. : | NO.: 1:24-CV-3238-SCJ-AWH |
| : | |
| NATIONAL CREDIT SYSTEMS, INC., : | |
| : | |
| Defendant. : | |

## ORDER

By Order entered on October 24, 2024, Plaintiff was granted leave to proceed *in forma pauperis* and his complaint and amended complaint filed alleging that the defendant violated the Fair Debt Collection Act, 15 U.SC. §1692. See Docs. 4, 5, and 6. On June 17, 2025, Defendant filed its answer to the amended complaint. Doc. 27.

On July 17, 2025, Defendant filed its Preliminary Report and Discovery Plan, as required by FED. R. CIV. P. 16 and 26 and LR 16.2, NDGa. Doc. 31. Plaintiff has not filed his Preliminary Report and Discovery Plan as required. Furthermore, Plaintiff has not filed his Certificate of Interested Persons as required by LR 3.3, NDGa. Plaintiff is **ORDERED** to file his Preliminary Report and Discovery Plan and serve the Initial Disclosures **within 14 days from the date of**

entry of this Order. Plaintiff is further **ORDERED** to file his Certificate of Interested Persons **within 14 days from the date of entry of this Order**.

Plaintiff is advised that failure to comply with a lawful order of this Court could result in a recommendation to the District Judge that the complaint be dismissed.

The Clerk is **DIRECTED** to resubmit this matter to the undersigned upon expiration of the above deadline if the parties fail to comply with this Order.

**IT IS SO ORDERED** this 18th day of July, 2025.

_____
Anna W. Howard
United States Magistrate Judge