## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| FREDERICK O. SILVER,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC.,<br><br>    Defendant. | Case No.: 1:24-CV-03238-SCJ-JCF |

### CERTIFICATE OF SERVICE OF DEFENDANT'S DISCOVERY RESPONSES

National Credit Systems, Inc., through its undersigned counsel, certifies that a copy of Defendant NCS's Responses and Objections to Plaintiff's First and Second Sets of Discovery has been served via the United States Postal Service to the Plaintiff's address of record.

*/s/ Katrina DeMarte*
Katrina DeMarte
MI Bar No. P81476
CO Bar No. 43135
GA Bar No. 821011
DeMarte Law, PLLC
39555 Orchard Hill Pl.
Ste 600 / PMB 6338
Novi, MI 48375
Tel: 313-509-7047
katrina@demartelaw.com

1

*Counsel for Defendant National Credit Systems, Inc.*

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.1

Undersigned counsel hereby certifies that this document has been prepared with Times New Roman 14-point font as approved by LR 5.1(B).

By: */s/ Katrina DeMarte*
Katrina DeMarte

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2025, I served this document to all parties of record via this court's electronic filing system, with a copy postal mailed to *pro se* Plaintiff.

Respectfully submitted,

*/s/ Katrina DeMarte*
*Counsel for National Credit Systems, Inc.*