FREDERICK O. SILVER
21905 MOUNTAIN HWY E.
UNIT 4143,
SPANAWAY, WA 98387-758
E-mail: ASCLV1@gmail.com
Tel: (702) 473-0365

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 25 2025

KEVIN P. WEIMER, Clerk
By_____ Deputy Clerk

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA.
## ATLANTA DIVISION.

| | |
|---|---|
| FREDERICK O. SILVER<br>Plaintiff,<br>vs.<br>NATIONAL CREDIT SYSTEMS, INC.<br>Defendant. | CASE NO: 1:24-CV-03238-SCJ-JCF<br>District Judge: Steve C Jones<br>Magistrate Judge: Anna W. Howard |

### PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY INJUNCTION.

NOW Plaintiff Frederick O. Silver, appearing pro se, respectfully renews his motion for a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure. This motion seeks immediate relief to prevent ongoing irreparable harm resulting from Defendant's continued furnishing of inaccurate and disputed credit information to consumer reporting agencies.

**1. Ongoing Irreparable Harm:** Plaintiff is being denied access to housing and credit based on Defendant's continued reporting of a tradeline Plaintiff has disputed. Plaintiff has suffered reputational injury, emotional distress, and loss of economic opportunity.

**2. Likelihood of Success:** Plaintiff has stated a plausible claim under the Fair Credit Reporting Act, 15 U.S.C. §1681s-2(b), by alleging that Defendant failed to conduct a reasonable investigation after receiving notice of dispute from credit bureaus. Defendant continues to report the disputed tradeline.

**3. Balance of Equities:** The burden on Defendant to temporarily cease reporting a disputed tradeline is minimal compared to the severe harm Plaintiff continues to suffer.

**4. Public Interest:** It is in the public interest to protect consumers from inaccurate credit reporting and to enforce the statutory protections of the FCRA.

**WHEREFORE**, Plaintiff respectfully requests that this Court:

1. Enter a preliminary injunction requiring Defendant National Credit Systems, Inc. to cease furnishing the disputed tradeline to any credit reporting agency pending final judgment;
2. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: this 14th Day of July 2025.

FREDERICK O. SILVER
21905 MOUNTAIN HWY E
UNIT 4143,
SPANAWAY, WA 98387-758
E-MAIL: ASCLV1@GMAIL.COM
TEL: (702) 473-0365

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was mailed to the Clerk of Court United States District Court for the Northern District of Georgia

US District Court Clerk

Located in: Richard B. Russell Federal Building

Address: 75 Ted Turner Dr NW #2211, Atlanta, GA 30303

and served on

Jonathan Green

Ga. Bar No. 307053

National Credit Systems, Inc.

1775 The Exchange SE, Atlanta, GA 30339

jgreen@nationalcreditsystems.com

Ph. 404.629.9595

Attorney for Defendant National Credit Systems, Inc.

By US Mail on this 14th day of July 2025

FREDERICK O. SILVER
21905 MOUNTAIN HWY E
UNIT 4143,
SPANAWAY, WA 98387-758
E-MAIL: ASCLV1@GMAIL.COM
TEL: (702) 473-0365

| NATLCRSYS | $25,273 | 07/06/2025 |

## Account Details

|  | TransUnion |
|---|---|
| Account Number | 54971** |
| Condition | Derogatory |
| Responsibility | Individual |
| Current Balance | $25,273 |
| Original Balance | $25,273 |
| Limit | |
| Monthly Payment | |
| Last Payment | |
| Status | Collection / Charge-Off |
| Loan Term | |
| Loan Type | |
| Opened | 06/07/2024 |
| Reported | 07/06/2025 |
| Remarks | Account information disputed by consumer, meets FCRA requirements |
| Creditor Information | NATIONAL CREDIT SYSTEMS 1775 THE EXCHANGE SOUTHEAST SUITE 300 ATLANTA,GA 30339 Phone#: 4046292728 |

## Payment Status

| TransUnion | |
|---|---|
| Payment Status | |
| Past Due Amount | |
| Late Payments | 30 Days - |
| | 60 Days - |
| | 90 Days - |

# :experian.

Prepared For **FREDERICK O. SILVER**    Date generated: Jul 14, 2025

## Collection accounts

**NATIONAL CREDIT SYSTEM**　　　　　　　　　　　　　　　　　　　　$25,273

Original creditor: **MAA BENTON APTS**

### Account info

| | | | |
|---|---|---|---|
| Account name | **NATIONAL CREDIT SYSTEM** | Balance | $25,273 |
| Account number | 549711X | Balance updated | Jul 13, 2025 |
| Original creditor | **MAA BENTON APTS** | Original balance | $25,273 |
| Company sold | - | Monthly payment | - |
| Account type | Collection | Past due amount | $25,273 |
| Date opened | Jun 07, 2024 | Terms | 1 Month |
| Status | Collection account. $25,273 past due as of Jul 2025. | Responsibility | Individual |
| | | Your statement | - |
| Status updated | Jun 2024 | | |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | C | C | C | C | ND | C | C | - | - | - | - | - |
| 2024 | - | - | - | - | - | - | - | C | C | C | C | C |

C Collection　　ND No data for this period　　- Data Unavailable

### Contact info

| | |
|---|---|
| Address | 3750 NATURALLY FRESH BLV ATLANTA, GA 30349 |
| Phone number | (404) 629-9595 |

### Comments

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)

FREDERICK STATE
1:24-CV-03238

TO

**US District Court Clerk
Richard B. Russell Federal Building
75 Ted Turner Dr NW #2211,
Atlanta, GA 30303**



Retail

UNITED STATES POSTAL SERVICE
30303
RDC 99

U.S. POSTAGE PAID
FCM LG ENV
SPANAWAY, WA 98387
JUL 14, 2025
$1.90
S2324M50 738-55

CLEARED DATE
JUL 25 2025
U.S. Marshals Service
Atlanta, GA 30303