FREDERICK O. SILVER
21905 MOUNTAIN HWY E. UNIT 4143,
SPANAWAY, WA 98387-758
E-mail: ASCLV1@gmail.com
Tel: (702) 473-0365



# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF GEORGIA.

## ATLANTA DIVISION.

FREDERICK O. SILVER
          Plaintiff,

vs.

NATIONAL CREDIT SYSTEMS, INC.
          Defendant.

**CASE NO: 1:24-CV-03238-SCJ-JCF**

District Judge: Steve C Jones

Magistrate Judge: Anna W. Howard

## PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO CEASE CREDIT REPORTING PENDING LITIGATION.

### I. INTRODUCTION

Plaintiff Frederick O. Silver respectfully moves this Court to order Defendant National Credit Systems, Inc. ("NCS") to cease furnishing or reporting the alleged debt to consumer reporting agencies while this litigation is pending.

### II. ARGUMENT

1. Under 15 U.S.C. §1692g(b), a debt collector must cease all collection activity until validation is provided after a written dispute. Courts recognize that furnishing information to credit reporting agencies constitutes collection

activity. Edeh v. Midland Credit Mgmt., 748 F. Supp. 2d 1030 (D. Minn. 2010), aff'd 413 F. App'x 925 (8th Cir. 2011).

2. Under 15 U.S.C. §1692e(8), it is unlawful to communicate credit information that is known or should be known to be false, including failure to communicate that a debt is disputed.

3. Under 15 U.S.C. §1681s-2(b), furnishers must conduct a reasonable investigation of disputed debts and cease reporting inaccurate information. Gorman v. Wolpoff & Abramson, 584 F.3d 1147 (9th Cir. 2009).

4. Despite Plaintiff's disputes and the pendency of this lawsuit, Defendant continues to furnish the alleged debt as a valid collection account, causing ongoing harm to Plaintiff's creditworthiness.

5. Defendant's refusal to cease reporting the alleged debt demonstrates the precise abusive collection tactic that Congress intended to prevent under the FDCPA. By continuing to furnish this account while Plaintiff's dispute and this litigation are pending, Defendant is leveraging credit reporting as a weapon to coerce payment on a debt that Plaintiff does not owe. Courts recognize that furnishing information to consumer reporting agencies constitutes collection activity. *Edeh v. Midland Credit Mgmt., Inc.*, 748 F. Supp. 2d 1030, 1038–39 (D. Minn. 2010), aff'd, 413 F. App'x 925 (8th Cir. 2011). The continued reporting here is not an innocent mistake, but a deliberate pressure tactic designed to damage Plaintiff's creditworthiness and force settlement. Such conduct is unfair, deceptive, and unlawful under both the FDCPA, 15 U.S.C. §§ 1692g(b), 1692e(8), and the FCRA, 15 U.S.C. § 1681s-2(b).

### III. RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO CEASE CREDIT REPORTING PENDING LITIGATION.

1. Order Defendant NCS to immediately cease furnishing the alleged debt to consumer reporting agencies pending the resolution of this action;

2. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: this 2nd Day of September 2025.

FREDERICK O. SILVER
21905 MOUNTAIN HWY E, UNIT 4143,
SPANAWAY, WA 98387-758
E-MAIL: ASCLV1@GMAIL.COM
TEL: (702) 473-0365

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was mailed to the Clerk of Court United States District Court for the Northern District of Georgia at the address listed below: US District Court Clerk: 121 Spring Street SE Room 201, Gainesville, GA 30501-3789 and served on Katrina DeMarte, DeMarte Law, PLLC 39555 Orchard Hill Pl. Ste 600 / PMB 6338 Novi, MI 48375. Attorney for Defendant National Credit Systems, Inc. via the Court efile system.

On this 2nd day of September 2025

FREDERICK O. SILVER
21905 MOUNTAIN HWY E, UNIT 4143.
SPANAWAY, WA 98387-758
E-MAIL: ASCLV1@GMAIL.COM
TEL: (702) 473-0365

**experian.**

# Collection accounts

● NATIONAL CREDIT SYSTEM                                                                                        $25,273
   Original creditor: **MAA BENTON APTS**

### Account info

| | | | |
|---|---|---|---|
| Account name | **NATIONAL CREDIT SYSTEM** | Balance | **$25,273** |
| Account number | 549711X | Balance updated | **Aug 24, 2025** |
| Original creditor | **MAA BENTON APTS** | Original balance | **$25,273** |
| Company sold | - | Monthly payment | - |
| Account type | **Collection** | Past due amount | **$25,273** |
| Date opened | **Jun 07, 2024** | Terms | **1 Month** |
| Status | Collection account. $25,273 past due as of Aug 2025. | Responsibility | **Individual** |
| | | Your statement | - |
| Status updated | **Jun 2024** | | |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | C | C | C | C | ND | C | C | C | - | - | - | - |
| 2024 | - | - | - | - | - | - | - | C | C | C | C | C |

C: Collection          ND: No data for this period          - Data Unavailable

### ✉ Contact info

| | |
|---|---|
| Address | 3750 NATURALLY FRESH BLV ATLANTA, GA 30349 |
| Phone number | (404) 629-9595 |

### 📄 Comments

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)

FREDERICK SILVER
1-24-CV-03238-SCJ-AWH

CLEARED SECURITY

SEP 08 2025

U.S. MARSHALS SERVICE
Gainesville, GA

United States Courthouse
121 Spring Street SE Room 201
Gainesville, GA 30501-3789

30501-3789

TACOMA WA 983
OLYMPIA WA
2 SEP 2025 PM 4 L

1775

