**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3318**
www.gand.uscourts.gov

| | |
|---|---|
| **KEVIN P. WEIMER**<br>**DISTRICT COURT EXECUTIVE**<br>**AND CLERK OF COURT** | **DOCKETING SECTION**<br>404-215-1655 |

September 24, 2025

Frederick O. Silver
21905 Mountain Hwy E
Unit 4143
Spanaway, WA 98387-7583

    Re: Frederick O. Silver v. National Credit Systems, Inc.
          Civil Action No.: 1:24-cv-3238-SCJ-AWH

Dear Mr. Silver,

On September 23, 2025, we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

_____  Appeal fee $605.00 (Docketing fee $600.00 and Filing fee $5.00)

_____  Application to proceed on appeal in forma pauperis.

   **X**   Please complete the attached transcript information form as directed.

                                      Sincerely,

                                      Kevin P. Weimer
                                      District Court Executive
                                      and Clerk of Court

                            By:  P. McClam
                                      Deputy Clerk