This document itemizes the charges assessed by the original creditor, which were provided to National Credit Systems, Inc. at the time the account was submitted for collection.

**MAA Bendon Apts**

1515 BENTON BLVD OFC
POOLER, GA 31322

# EXHIBIT B

| RESIDENT: SILVER, FREDERICK | 5497115 | 5497115 | |
|---|---|---|---|
| Move-Out Date: 4/29/2024 | Unit: 40433 | | 5497115 |

## Itemized Account Statement

**Charges:**

| | |
|---|---|
| Rent Owed: | $22,453.07 |
| Late Charges: | $1,350.00 |
| NSF Fees: | $ 0.00 |
| Utility Charges: | $382.51 |
| Lease Termination: | $ 0.00 |
| Insufficient Notice Fee: | $ 0.00 |
| Attorney Fee: | $141.16 |
| Dispossessory Fee: | $ 0.00 |
| Warrant Fee: | $ 0.00 |
| Eviction Fee: | $ 0.00 |
| Cleaning Charges: | $572.00 |
| Damages: | $15.00 |
| Key Charge: | $ 0.00 |
| Concession Payback: | $ 0.00 |
| Other: | $ 0.00 |

**Additional Charges**

| | |
|---|---|
| RENTERS INSURANCE NONCOMPLIANCE FEE | $40.00 |
| RENTERS INSURANCE NONCOMPLIANCE FEE | $40.00 |
| RENTERS INSURANCE NONCOMPLIANCE FEE | $40.00 |
| RENTERS INSURANCE NONCOMPLIANCE FEE | $40.00 |
| RENTERS INSURANCE NONCOMPLIANCE FEE | $40.00 |
| RENTERS INSURANCE NONCOMPLIANCE FEE | $40.00 |
| RENTERS INSURANCE NONCOMPLIANCE FEE | $40.00 |
| RENTERS INSURANCE NONCOMPLIANCE FEE | $40.00 |
| RENTERS INSURANCE NONCOMPLIANCE FEE | $40.00 |

| | |
|---|---|
| Payments / Credits: | $ 0.00 |
| Deposit Applied: | $ 0.00 |

**Total Amount Owed :** $25,273.74