
# Collection accounts

**NATIONAL CREDIT SYSTEM**                                                                 $25,273
Original creditor: MAA BENTON APTS

## Account info

| | | | |
|---|---|---|---|
| Account name | NATIONAL CREDIT SYSTEM | Balance | $25,273 |
| Account number | 549711X | Balance updated | Jan 18, 2026 |
| Original creditor | MAA BENTON APTS | Original balance | $25,273 |
| Company sold | - | Monthly payment | - |
| Account type | Collection | Past due amount | $25,273 |
| Date opened | Jun 07, 2024 | Terms | 1 Month |
| Status | Collection account. $25,273 past due as of Jan 2026. | Responsibility | Individual |
| | | Your statement | - |
| Status updated | Jun 2024 | | |

## Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | C | - | - | - | - | - | - | - | - | - | - | - |
| 2025 | - | - | - | - | - | - | C | C | C | ND | C | C |

C  Collection      ND  No data for this period      -  Data Unavailable

## Contact info

Address: 3750 NATURALLY FRESH BLV ATLANTA, GA 30349

Phone number: (404) 629-9595

## Comments

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)

  FREDERICK SILVER  

# FILE A DISPUTE
# NATIONAL CREDIT SYSTEMS INC
## MAA BENTON APTS
Report date: January 18, 2026

< Back

## Account summary

| | | | |
|---|---|---|---|
| **Account owner** | Individual Account | **Original creditor** | MAA BENTON APTS |
| **Date reported** | 01/18/2026 | **Date assigned** | 06/07/2024 |
| **Account status** | Unpaid | **Agency** | NATIONAL CREDIT SYSTEMS INC |
| **Creditor Classification** | Rental/Leasing | **Status date** | 01/18/2026 |
| **Original amount owed** | $25,273 | | |

### Delinquency

| | | | |
|---|---|---|---|
| **Date of last payment** | | **Balance date** | 01/18/2026 |
| **Balance owed** | $25,273 | **Date of first delinquency** | |
| **Comments** | Consumer Disputes This Account Information | | |

### Agency contact information

NATIONAL CREDIT SYSTEMS INC
3750 NATURALLY FRESH BLVD
Atlanta, GA 30349-2964
6782442841

 Can I contact an agency directly?

## Disputes

If you find information in your credit report that you believe is incomplete or inaccurate, click FILE A DISPUTE.



myEquifax™                                                    FREDERICK SILVER     26

Home

# Your Equifax credit report

As of **January 26, 2026**

**YOUR CREDIT**

**Credit Report** ∧

Summary

Credit Accounts ∨

Consumer Statement

Personal Information

Inquiries

Public Records

**Collections**

Your Rights

**YOUR IDENTITY**

Freeze

Fraud & Active Duty Alerts

Dispute Center

Products for You

Credit Report date

Equifax - January 26, 2026 ∨

You still have **2 of 6 free Equifax credit reports** available before **August 26, 2026**.

Get my free credit report

# Collections

Report Date: Jan 26, 2026

Collections are accounts with outstanding debt that have been placed by a creditor with a collection agency. Collections stay on your credit report for up to 7 years from the date the account first became past due. They generally have a negative impact on your credit scores.

> If you find information in your credit report that you believe is incomplete or inaccurate, you can file a dispute.

### Date Reported: Jan 18, 2026

| | | | |
|---|---|---|---|
| **Collection Agency** | NATIONAL CREDIT SYSTEMS INC | **Balance Date** | Jan 18, 2026 |
| **Original Creditor Name** | MAA BENTON APTS | **Account Designator Code** | INDIVIDUAL_ACCOUNT |
| **Date Assigned** | Jun 07, 2024 | **Account Number** | #####15 |
| **Original Amount Owed** | $25,273 | **Creditor Classification** | RENTAL_OR_LEASING |
| **Amount** | $25,273 | **Last Payment Date** | |
| **Status Date** | Jan 18, 2026 | **Date of First Delinquency** | Apr 29, 2024 |
| **Status** | UNPAID | | |
| **Comments** | | **Contact** | |
| CONSUMER DISPUTES THIS ACCOUNT INFORMATION | | NATIONAL CREDIT SYSTEMS INC<br>3750 NATURALLY FRESH BLVD<br>Atlanta<br>GA<br>30349-2964<br>(678) 244-2841 | |

