FREDERICK SILVER
21905 MOUNTAIN HWY E UNIT 4143,
SPANAWAY, WA 98387-7583
E-mail: ASCLV1@gmail.com
Tel: (702) 473-0365

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA.
# ATLANTA DIVISION.

| | |
|---|---|
| FREDERICK SILVER<br>　　　　Plaintiff,<br>vs.<br>NATIONAL CREDIT SYSTEMS, INC.;<br>MID-AMERICA APARTMENT<br>COMMUNITIES, INC., A Brad Hill as CEO,<br>A CLAY HOLDER as CFO,<br>LESLIE WOLFGANG as Secretary.<br>　　　　Defendants. | CASE NO: 1:24-cv-03238<br>District Judge: Steve C Jones<br>Magistrate Judge: Anna W. Howard<br>MOTION. |

## PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT.

Plaintiff Frederick O. Silver ("Plaintiff") submits this Statement of Undisputed Material Facts pursuant to Fed. R. Civ. P. 56 and Local Rules, in support of his Motion for Partial Summary Judgment against Defendant National Credit Systems, Inc. ("NCS").

1. NCS is not the original creditor of the alleged debt at issue in this case. In response to Plaintiff's Requests for Admission, NCS admitted that it is not the original creditor of the alleged debt.

2. NCS is a third-party collection agency that collects on accounts placed with it by an original creditor. In its interrogatory responses, NCS stated that "NCS is a

third-party collection agency, and that the original creditor merely placed the account with it for collections."

3. NCS did not purchase or acquire any ownership interest in the alleged debt. NCS stated that it "did not purchase or acquire any ownership interest in the alleged debt" and that it "does not claim ownership of the debt."

4. NCS uses the e-OSCAR system and Metro 2 format to furnish data to consumer reporting agencies and to respond to disputes. NCS stated that, when a valid dispute is received, it "reviews information provided by the consumer or CRA, consults internal account records, and reviews records provided by the creditor," and "then responds through the e-OSCAR system in accordance with Metro 2 standards."

5. NCS furnishes information, when it furnishes at all, to TransUnion, Experian, and Equifax. In interrogatory responses, NCS stated that information, if furnished, would have been sent to TransUnion, Experian, and Equifax.

6. NCS states that it has not received any ACDV notices from Experian, Equifax, or TransUnion concerning any dispute by Plaintiff. In response to Interrogatory No. 7 (22), NCS stated that it "has not received any ACDV notices from any CRA (Experian, Equifax, or Trans Union) concerning any dispute by Plaintiff."

7. NCS denies that Plaintiff disputed the alleged debt with NCS in writing. In response to Request for Admission No. 3, NCS denied that "Plaintiff disputed the alleged debt with [NCS] in writing."

8. NCS denies that it received any dispute notice from a consumer reporting agency

regarding the alleged debt. In response to Request for Admission No. 4, NCS denied that it "received at least one dispute notice from a consumer reporting agency regarding the alleged debt."

9. NCS asserts that Plaintiff "refused to communicate" with NCS and refused to indicate whether he disputed the debt. In response to Interrogatory No. 10 (25), NCS stated that "Plaintiff refused to communicate with Defendant and outright refused to indicate whether he disputed the debt, apparently in order to try and drum up this frivolous lawsuit which is utterly unsupported by fact or even allegations."

10. NCS refuses to produce its written policies and procedures for handling FCRA or FDCPA disputes, claiming that such documents are proprietary, confidential, and irrelevant, and asserting that the FCRA is inapplicable and that Plaintiff has not identified any specific deficiency in NCS's handling of his account.

11. NCS refuses to produce internal notes or records concerning Plaintiff's account and any dispute, asserting that Plaintiff has submitted no disputes and that any such documents, to the extent they exist, would only be produced "at or before the deadline for production."

12. NCS states that it has no ACDV or e-OSCAR records relating to Plaintiff's dispute. In response to a request to "produce any and all ACDV or e-Oscar records relating to Plaintiff's dispute," NCS answered "none."

13. An Experian consumer disclosure dated January 25, 2026, for Plaintiff Frederick O. Silver shows a collection tradeline for "NATIONAL CREDIT SYSTEM."

14. The Experian report identifies the original creditor for this collection tradeline as "MAA BENTON APTS."

15. The Experian report shows the NATIONAL CREDIT SYSTEM collection account with an "Original balance" of $25,273, a current "Balance" of $25,273, and a "Past due amount" of $25,273.

16. The Experian report shows the NATIONAL CREDIT SYSTEM collection account with a "Date opened" of June 7, 2024, "Status updated" in June 2024, and a status of "Collection account. $25,273 past due as of Jan 2026."

17. The Experian report shows the "Balance updated" date for the NATIONAL CREDIT SYSTEM collection as January 18, 2026.

18. The Experian payment history for the NATIONAL CREDIT SYSTEM collection account shows multiple months coded as "C" (collection) in 2025 and January 2026.

19. The Experian report lists "Collections: 1" in the account summary, and that collection is the NATIONAL CREDIT SYSTEM account with original creditor MAA BENTON APTS and balance $25,273.

20. The Experian report includes the following comment for the NATIONAL CREDIT SYSTEM collection account: "Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)."

21. The Experian report notes that Plaintiff has a FICO Score 8 of 551 based on Experian data as of January 25, 2026, and that he has one collection and accounts with serious derogatory information impacting his creditworthiness.

These facts are drawn from NCS's own discovery responses and from Plaintiff's Experian consumer disclosure, and no genuine dispute exists as to these material facts.

Dated: this 27th Day of January 2026.

FREDERICK SILVER
21905 MOUNTAIN HWY E UNIT 4143,
SPANAWAY, WA 98387-7583
E-MAIL: ASCLV1@GMAIL.COM
TEL: (702) 473-0365

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was mailed to the Clerk of Court United States District Court for the Northern District of Georgia at the address listed below: US District Court Clerk: 121 Spring Street SE Room 201, Gainesville, GA 30501-3789 and served on Katrina DeMarte, DeMarte Law, PLLC 39555 Orchard Hill Pl. Ste 600 / PMB 6338 Novi, MI 48375. Attorney for Defendant National Credit Systems, Inc. via the Court efile system.

On this 27th day of January 2026

FREDERICK O. SILVER
21905 MOUNTAIN HWY E, UNIT 4143.
SPANAWAY, WA 98387-758
E-MAIL: ASCLV1@GMAIL.COM
TEL: (702) 473-0365