| | |
|---|---|
| FREDERICK O. SILVER,<br><br>   Plaintiff,<br><br>   vs.<br><br>NATIONAL CREDIT SYSTEMS, INC.,<br><br>   Defendant. | Case No.: 1:24-CV-03238-SCJ-JCF |

## NCS'S RESPONSES WITH OBJECTIONS TO PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSIONS

As to each and every request contained in Frederick O. Silver ("Plaintiff" or "Brown")'s written discovery requests, National Credit Systems, Inc. ("Defendant" or "Defendant") incorporates by reference the preliminary statement and general objections set forth in its responses to Plaintiff's Third & Fourth Set of Interrogatories to Defendant, as though fully set forth herein.

Referencing and expressly incorporating each of those statements and general objections, Defendant hereby responds and objects as follows:

## RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS

**Request for Admission No. 1**

Admit that you do not possess a signed contract between Plaintiff and the original creditor.

**Response: Denied.**

**Request for Admission No. 2**

Admit that you are not the original creditor of the alleged debt.

19

**Response: Admitted.**

**Request for Admission No. 3**

Admit that Plaintiff disputed the alleged debt with you in writing.

**Response: Denied.**

**Request for Admission No. 4**

Admit that you received at least one dispute notice from a consumer reporting agency regarding the alleged debt.

**Response: Denied.**

**Request for Admission No. 5**

Admit that you reported the alleged debt to one or more credit reporting agencies after receiving Plaintiff's dispute.

**Response: Objection. This request assumes facts not in evidence as the Plaintiff did not submit a dispute. Subject to and without waiving objections, denied.**

**Request for Admission No. 6**

Admit that the account you reported to credit reporting agencies was marked 'in collections' or 'charge off.'

**Response: This request is so vague and ambiguous that NCS is incapable of responding, and resultantly, lacks information to be able to respond to same. As such, NCS denies this request.**

**Request for Admission No. 7**

Admit that you have no documentary evidence showing that Plaintiff owes the alleged debt.

**Response: Denied.**

**Request for Admission No. 8**

20

Admit that you did not conduct a reasonable investigation after receiving Plaintiff's dispute.

**Response: Objection. This request assumes facts not in evidence as the Plaintiff did not submit a dispute. Subject to and without waiving objections, denied.**

**Request for Admission No. 9**

Admit that you failed to delete or correct the disputed tradeline after being notified by a credit reporting agency.

**Response: Objection. This request assumes facts not in evidence as the Plaintiff did not submit a dispute. Moreover, this request is vague and ambiguous insofar as there is no detail as to what Plaintiff believes NCS was notified of that would prompt action. As such, and subject to and without waiving objections, denied.**

**Request for Admission No. 10**

Admit that you continued to report the debt to one or more CRAs despite Plaintiff's dispute.

**Response: Objection. This request assumes facts not in evidence as the Plaintiff did not submit a dispute. Subject to and without waiving objections, denied.**

*/s/ Katrina DeMarte*
Katrina DeMarte, Esq.
MI Bar No. P81476
CO Bar No. 43135
GA Bar No. 821011
DeMarte Law, PLLC
39555 Orchard Hill Pl.,
Ste. 600 / PMB 6338
Novi, Michigan 48375
katrina@demartelaw.com
(313) 509-7047

*Counsel for Defendants National Credit Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2025, I served this document to Plaintiff via postal mail at his address of record.

Respectfully submitted,

/s/ Katrina DeMarte
*Counsel for National Credit Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| FREDERICK O. SILVER,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC.,<br><br>    Defendant. | Case No.: 1:24-CV-03238-SCJ-JCF |

**CERTIFICATE OF SERVICE OF DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S DISCOVERY REQUESTS**

National Credit Systems, Inc. (hereinafter NCS), through its undersigned counsel, certifies that on September 17, 2025 a copy of Defendant NCS's Responses and/or Objections to:

- Plaintiff's Third and Fourth Set of Interrogatories
- Plaintiff's Second and Third Set of Requests for Production of Documents
- Plaintiff's Second Set of Requests for Admissions

were served via the United States Postal Service to the Plaintiff's address of record:   Frederick O. Silver

   21905 Mountain Hwy E

1

Unit 4143

Spanaway, WA  98387-7583.

/s/ *Katrina DeMarte*
Katrina DeMarte
MI Bar No. P81476
CO Bar No. 43135
GA Bar No. 821011
DeMarte Law, PLLC
39555 Orchard Hill Pl.
Ste 600 / PMB 6338
Novi, MI 48375
Tel: 313-509-7047
katrina@demartelaw.com

*Counsel for Defendant National Credit Systems, Inc.*

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.1

Undersigned counsel hereby certifies that this document has been prepared with Times New Roman 14-point font as approved by LR 5.1(B).

By: /s/ *Katrina DeMarte*
Katrina DeMarte

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2025, I served this document to all parties of record via this court's electronic filing system, with a copy postal mailed

2

to *pro se* Plaintiff.

                                        Respectfully submitted,

                                        */s/ Katrina DeMarte*
                                        *Counsel for National Credit Systems, Inc.*