K O. SILVER
HWY E UNIT 4143,
WA 98387-7583

U.S. POSTAGE PAID
USPS Ground Advtg
SPANAWAY, WA 98387
JAN 27, 2026
30501
$11.95
RDC 01   0 Lb 8.30 Oz   S2324M503739-55

LEARED SECURITY
FEB 02 2026
ARSHALS SERVICE
ainesville, GA

**US District Court Clerk:**
**121 Spring Street SE Room 201,**
**Gainesville, GA 30501-3789**

USPS TRACKING® #
9500 1130 2182 6027 4223 15