# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FREDERICK O. SILVER,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC.,<br><br>    Defendant. | Case No. 1:24-CV-03238-SCJ-AWH |

## ORDER ON EMERGENCY MOTION TO EXTEND DEADLINES

On the Motion submitted by Defendant, it is **HEREBY ORDERED:**

The pending deadlines are extended as follows:

| Deadline | Due Date |
|---|---|
| Deadline to respond to Plaintiffs' Motion for Partial Summary Judgment | March 25, 2026 |
| Summary Judgment Deadline | April 1, 2026 |
| Deadline to Respond to Plaintiffs' Motion for Leave to File Out-of-Time Response and Opposition to Defendant's Motion to Compel Discovery and for Sanctions, Including Dismissal | April 2, 2026 |
| Deadline to Respond to Plaintiff's Motion for Permission to use CM/ECF | April 2, 2026 |

**ENTERED:**

 2/20/2026                                           _____
Date                                                                            United States Magistrate Judge