IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **FREDERICK O. SILVER,** | |
| **Plaintiff,** | **CIVIL ACTION FILE** |
| **v.** | **No. 1:24-CV-03238-SCJ** |
| **NATIONAL CREDIT SYSTEMS, INC.,** | |
| **Defendant.** | |

## ORDER

This matter appears before the Court on Plaintiff's Emergency Objections to Magistrate Judge Howard's Order granting Defendant's Emergency Motion to Extend Deadlines. [85].[1] The Court orders expedited briefing on this matter. To this regard, the Parties shall file briefs on the matter by 12 P.M. on Monday, March 9, 2026.

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers referenced are those imprinted by the Court's docketing software.

**IT IS SO ORDERED** this 2nd day of March, 2026.

/s/ Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**