IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **FREDERICK O. SILVER,** | |
| **Plaintiff,** | **CIVIL ACTION FILE** |
| **v.** | **No. 1:24-CV-03238-SCJ** |
| **NATIONAL CREDIT SYSTEMS, INC.,** | |
| **Defendant.** | |

**ORDER**

This matter appears before the Court on Plaintiff's Emergency Objections to Magistrate Judge Howard's Order granting Defendant's Emergency Motion to Extend Deadlines (Doc. No. [85]), and on the Court's March 2, 2026 Order for expedited briefing (Doc. No. [87]).[1] The Court hereby vacates its March 2, 2026 Order for expedited briefing (Doc. No. [87]), to allow Judge Howard to rule on Plaintiff's Response in Opposition, construed as Motion for Reconsideration (Doc. No. [84]) before addressing Plaintiff's Emergency Objections (Doc. No.

---

[1] All citations are to the electronic docket unless otherwise noted, and all page numbers referenced are those imprinted by the Court's docketing software.

[85]). Therefore, no expedited briefing is needed for Plaintiff's Emergency Objections by either party at this time.

**IT IS SO ORDERED** this 2nd day of March, 2026.

/s/ Steve C. Jones
**HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE**