IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FREDERICK O. SILVER, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE<br>NO.: 1:24-CV-3238-SCJ-AWH |
| NATIONAL CREDIT SYSTEMS, INC., | : |
| Defendant. | : |

## ORDER

By Order entered on February 20, 2026, the Court granted Defendant's [82] Emergency Motion to Extend Deadlines in which defense counsel Jonathan Green entered this case due to a medical emergency suffered by lead counsel Katrina DeMarte. On February 23rd, Plaintiff filed a response in opposition to Defendant's motion which the Court has construed as a Motion for reconsideration, Doc. 84.

It is hereby **ORDERED** that the defendant shall file a response to Plaintiff's construed motion for reconsideration by **Friday, March 6th**. Plaintiff shall have up to and including **Friday, March 13th** in which to file a reply. Defense counsel is directed to both email a copy of its response to Plaintiff at ASCLV1@gmail.com and mail a copy to Plaintiff at 21905 Mountain Hwy. E, Unit 4143, Spanaway, WA 98387-7583 given the expedited nature of the briefing.

**IT IS SO ORDERED** this 3rd day of March, 2026.

Anna W. Howard
United States Magistrate Judge