IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



FREDERICK O. SILVER,
    Plaintiff,

v.

NATIONAL CREDIT SYSTEMS, INC.,
    Defendant.

No. 1:24-CV-03238-SCJ-AWH

## PLAINTIFF'S NOTICE REGARDING ONGOING CREDIT-REPORTING HARM AND PENDING MOTION FOR PARTIAL SUMMARY JUDGMENT

    Plaintiff Frederick O. Silver ("Plaintiff"), appearing pro se, respectfully submits this Notice to accompany his Brief in Support of Emergency Objections to Magistrate Judge Howard's February 20, 2026 Order (ECF 83), filed pursuant to the Court's March 2, 2026 expedited-briefing Order.

1. Plaintiff's Emergency Objections (ECF 85) explain that the February 20, 2026 extension Order grants Defendant weeks of additional time to respond to Plaintiff's dispositive and related motions, including his Motion for Partial Summary Judgment (ECF 75), while Defendant's negative tradeline continues to appear on Plaintiff's consumer credit reports.

2. As set forth in the Objections and supporting brief, Plaintiff has already experienced concrete injury from this reporting, including interference with his efforts to rent an apartment, and that harm continues during every day of additional delay.

3. Plaintiff has previously sought relief aimed at ceasing Defendant's reporting during this litigation and has filed a Motion for Partial Summary Judgment supported by a Statement of Undisputed Material Facts and Defendant's own discovery responses. Plaintiff respectfully submits that prompt adjudication of his Partial Summary Judgment motion is critical to mitigating ongoing injury.

4. Plaintiff also notes that he does not have CM/ECF access and must log into PACER and pay per-page fees to view Court orders, which makes very short-notice rulings and extensions particularly burdensome for him as compared to Defendant's counsel, who receive automatic electronic notifications.

In light of the foregoing, Plaintiff respectfully urges the Court, in ruling on his Emergency Objections, to vacate or substantially narrow the February 20, 2026 extension Order and to set a prompt schedule for briefing and decision on Plaintiff's Motion for Partial Summary Judgment and related relief.

**Respectfully submitted this 2nd day of March, 2026.**

FREDERICK SILVER
21905 MOUNTAIN HWY E UNIT 4143,
SPANAWAY, WA 98387-7583
E-MAIL: ASCLV1@GMAIL.COM
TEL: (702) 473-0365

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was mailed to the Clerk of Court United States District Court for the Northern District of Georgia at the address listed below: US District Court Clerk: 121 Spring Street SE Room 201, Gainesville, GA 30501-3789 and served on Katrina DeMarte, DeMarte Law, PLLC 39555 Orchard Hill Pl. Ste 600 / PMB 6338 Novi, MI 48375. Attorney for Defendant National Credit Systems, Inc. via the Court efile system.

On this 2nd day of March 2026

FREDERICK SILVER
21905 MOUNTAIN HWY E, UNIT 4143.
SPANAWAY, WA 98387-758
E-MAIL: ASCLV1@GMAIL.COM
TEL: (702) 473-0365